JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA L. S., <br><br>            Plaintiff, <br><br>       v. <br><br> FRANK BISIGNANO, Commissioner of Social Security, <br><br>            Defendant. | NO. SACV 24-1670-AGR <br><br><br> JUDGMENT |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: July 24, 2025

_____
ALICIA G. ROSENBERG
United States Magistrate Judge